Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| IN RE: | CASE NO. 17-01125-NGH |
|---|---|
| SEAN C. AARTS | CHAPTER 13 |
| Debtor(s). | |

### TRUSTEE'S RESPONSE TO APPLICATION FOR ATTORNEY'S FEES

Counsel's Application for Attorney's Fees (docket #72) is:
 ☐ set for hearing on _____.
 ☒ set for negative notice, objections due by April 12, 2021.

1. Relevant case information:

| A. | Date case filed: | August 24, 2017 |
|---|---|---|
| B. | Date case confirmed: | June 26, 2018 |
| C. | Total Fees and Costs Requested in Application: | $4,974 |
| D. | Total Fees and Costs previously allowed: | $4,500 |

2. Trustee's recommendation:
  A. ☐  The Trustee has no objection to the requested attorney's fees and costs.
  B. ☒  The Trustee objects to the proposed application for the following reason(s):
   ☒ The application has not been properly served. Notice did not get served upon most of the general unsecured creditors whom are impacted by the request (claims 5-10)
   ☐ The application has not been timely filed.
   ☒ Other:  Trustee objects to the charge of 2.2 hours for meeting with the Trustee and believes it was an error and should be reduced to 1.2 hours.

3. Trustee's Notes:

  WHEREFORE, the Trustee objects to Counsel's Application for Attorney's Fees subject to the notice issue being resolved and a reduction in additional the fees and costs from $4974 to $4734.

DATED:  April 1, 2021

                /s/ Kathleen McCallister
                Kathleen McCallister, Trustee

## CERTIFICATE OF SERVICE

    **I, HEREBY CERTIFY** that on April 1, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

R. George Deford
Attorney
rgdeford@defordlaw.com

    **AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

Sean C Aarts
606 Lilly Road, NE, Apt. 522
Olympia, WA 98506


    /s/  Kathleen McCallister
    Kathleen McCallister, Trustee